# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Shawanda V Collins

v.

(Full name of defendant(s))

Team Management LLC

Case Number:

**23-C-1313**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   PO BOX 11904, Milwaukee, WI 53211
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Team Management LLC__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Wisconsin_____

(State, if known)

and (if a person) resides at __3816 W. Wisconsin Ave Milwaukee, WI 53208__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I call 211 Impact for a long time. I spoke to someone from Continuum of care over 10 times. On 6/26/23

I finally spoke to a worker who gave me Team Management Eighteen87 on Water as a housing option.

Team Management had a process for applicants for Eighteen 87 on Water. The first step of that process is a pre-screening. If an individual does not pass the pre-screening they never get to apply. They are never sent an

invite to apply. Therefore, they would not have an application for anyone who failed the pre-screening because

the pre-screening process screened anyone with a Felony applying via Section 42 or 402 out.

Only if a person passes the pre-screening process then are they asked to apply via the Team Management website. I was discriminated against via Team Management's pre-screening process.

I called Team Management several times, making them aware of the fact that their pre-screening process was

discriminatory. I completed their pre-screening several times on different days from June to August. They

never changed it. And I never received a call back regarding this matter. I used different selections for the Felony question and the only one that did not deny me was "no felony". I have felony over 20 years old.

Complaint – 2

Case 2:23-cv-01313-BHL   Filed 10/05/23   Page 2 of 5   Document 1

I am on Team Management's waiting list, only because I selected "no felony' in my quest to find out why I was being denied during the pre-screening process. They were screening out/ denying section 42 or 402 prospective applicants who have "ever" had a felony, period. If I had just accepted the denial given by

the prescreening process and never filed a complaints, no one would have ever known my name.

My complaint: I was discriminated against based on Race and national origin via Team Management's pre-

screening process. My protected class is Race and National origin.

C.  JURISDICTION

[X]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Team management should be mandated to implement policies and practices to prevent future harm and ensure compliance. Team management should be mandated to implement policies and practices that do not cause continuous hardship on the population the funding

they received is intended to help. Team management should received sanctions and be ordered to provide housing in their section 42 or 402 funded properties to low income felons that have felony over 3 yrs old and the homeless population it is intended to help. Team management should be ordered to devote 1/2 of all future housing and development projects (apartments) to low income felons and the homeless. Team Management should be ordered to stop listing requirements on their website that are intended to deter the homeless

population from applying. Ex. Required 3 years of rental history.

Team management should list all the alternative options that exist for individuals to receive

housing.

Team management should be ordered to remedy Plaintiff as the Court determines and law requires for housing discrimination including but not limited to punitive damages, and

emotional distress.

E.  JURY DEMAND

   I want a jury to hear my case.

   [X] – YES     [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____4th____ day of ____October____ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

____414-949-7408_____
Plaintiff's Telephone Number

____shawandaco.consultant@gmail.com____
Plaintiff's Email Address


____PO BOX 11904 Milwaukee, WI 53211____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[X]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.