UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHAWANDA V. COLLINS,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

    v.

Case No. 23-cv-1313-bhl

TEAM MANAGEMENT LLC, et al.,

    Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.**  This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the case is dismissed, and Plaintiff recovers nothing.

    Dated at Milwaukee, Wisconsin on September 16, 2025.

LINDA M. KLEMM
Clerk of Court

s/ *Julie D.*
(By) Deputy Clerk